NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5025, -5035

SYSTEM FUELS, INC. and ENTERGY ARKANSAS, INC.,

Plaintiffs-Cross Appellants,

v.

UNITED STATES,

Defendant-Appellant.

Appeals from the United States Court of Federal Claims in case nos. 03-CV-2623, Senior Judge Charles F. Lettow.

ON MOTION

ORDER

The United States submits a supplemental status report concerning the stay of proceedings in this case. Systems Fuels, Inc. et al. respond.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The stay of proceedings is lifted.

(2)     The United States' opening brief is due no later than June 10, 2010. Further extensions of time should not be anticipated.

FOR THE COURT

MAY 0 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Catherine E. Stetson, Esq.
        Alan J. Lo. Re, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 5 2010

JAN HORBALY
CLERK